**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ERNEST R. GIBSON, JR.,**

     **Plaintiff,**

**v.**                           **Case No. 4:20-cv-391-AW-MAF**

**WARDEN D.D. DUNCAN,**

     **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's August 6, 2020, Report and Recommendation, ECF No. 4, to which no objections have been filed. The Report and Recommendation is approved, adopted, and incorporated into this order. The clerk will take necessary steps to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk will then close the file.

SO ORDERED on December 12, 2020.

s/ *Allen Winsor*_____
United States District Judge